**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| **ILEANA MAY,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12458-AK |
| **PENNY STRAUD,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12479-AK |
| **ROSARIO MARINA CANTU,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12495-AK |

| | |
|---|---|
| **CARIDAD HILAIRE** and **TAWANA MCCANTS,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12513-AK |
| **MELISSA KING,** on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12529-AK |
| **ASHLEY BANUELOS,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12575-AK |

| | |
|---|---|
| **WILLIAM EPITER-SMITH,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.** and **Does 1-10**,<br><br>Defendants. | Case No. 1:26-cv-12596-AK |
| **JEANETTA MCELROY,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST, LLC.,**<br><br>Defendant. | Case No. 1:26-cv-12602-AK |
| **TONYA MORRISETTE,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12621-AK |

| | |
|---|---|
| **MATTHEW HUFNUS,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12851-AK |
| **MORGAN HARVEY,** on behalf of her minor child B.E.K.H., and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-13015-AK |

## PLAINTIFF'S MOTION TO CONSOLIDATE RELATED ACTIONS

Under Federal Rules of Civil Procedure 42(a) and 23(g)(3) and Local Rule 40.1(g), Plaintiff Ileana May, individually and on behalf of all others similarly situated, respectfully submits this motion to (1) consolidate the above-captioned related actions; (2) set a deadline for filing applications for appointment as interim class counsel within 7 days of an order granting consolidation; (3) stay the related actions, including any of the Defendant's responsive pleading deadlines, and require the filing of a consolidated class action complaint ("Consolidated Complaint") within 45 days of entry of an order appointing Interim Class Counsel; and (4) set the deadline for Defendant's response to the Consolidated Complaint 45 days after the Consolidated

4

Complaint is filed, set the deadline of 45 days thereafter for Plaintiffs' response, followed by 21 days for Defendant's reply.

In support thereof, Plaintiff submits the attached Memorandum of Law, citing supporting authorities. Pursuant to L.R. 7.1(a)(2), Plaintiff's counsel conferred with counsel for Defendant who advised that Defendant does not oppose the relief sought herein.

Dated: July 2, 2026                          Respectfully submitted,

                                             By: */s/ Brendan T. Jarboe*

                                             Brendan T. Jarboe (BBO #691414)
                                             Jason Leviton (BBO #678331)
                                             BLOCK & LEVITON LLP
                                             260 Franklin Street, Ste 1860
                                             Boston, MA 02110
                                             Telephone: (617) 398-5600
                                             brendan@blockleviton.com
                                             jason@blockleviton.com

                                             Casondra Turner (MA BBO 687682)
                                             MILBERG, PLLC
                                             260 Peachtree Street NW, Suite 2200
                                             Atlanta, GA 30303
                                             Telephone: 771-772-3086
                                             cturner@milberg.com

                                             *Attorneys for Plaintiff Ileana May*

## **L.R. 7.1(a)(2) CERTIFICATE**

The undersigned counsel hereby certifies pursuant to L.R. 7.1(a)(2) that Plaintiffs' counsel conferred with counsel for Defendant on July 2, 2026 who advised that Defendant does not oppose consolidation or the proposed briefing schedule and takes no position as to leadership.

Dated: July 2, 2026                    Respectfully submitted,

By:  */s/Brendan T. Jarboe*

## **CERTIFICATE OF SERVICE**

I, Brendan Jarboe, hereby certify that on July 2, 2026, I electronically filed the foregoing and its attachments with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 2nd day of July, 2026.


By: */s/Brendan T. Jarboe*