**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **ILEANA MAY,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12458-AK |
| **PENNY STRAUD,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12479-AK |
| **ROSARIO MARINA CANTU,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12495-AK |

1

| | |
|---|---|
| **CARIDAD HILAIRE** and **TAWANA MCCANTS,** on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>    Defendant. | Case No. 1:26-cv-12513-AK |
| **MELISSA KING,** on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>    Defendant. | Case No. 1:26-cv-12529-AK |
| **ASHLEY BANUELOS,** on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>    Defendant. | Case No. 1:26-cv-12575-AK |

| | |
|---|---|
| **WILLIAM EPITER-SMITH,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.** and **Does 1-10**,<br><br>Defendants. | Case No. 1:26-cv-12596-AK |
| **JEANETTA MCELROY,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST, LLC**,<br><br>Defendant. | Case No. 1:26-cv-12602-AK |
| **TONYA MORRISETTE,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.**,<br><br>Defendant. | Case No. 1:26-cv-12621-AK |

| | |
|---|---|
| **MATTHEW HUFNUS,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-12851-AK |
| **MORGAN HARVEY,** on behalf of her minor child B.E.K.H., and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DENTAQUEST GROUP, INC.,**<br><br>Defendant. | Case No. 1:26-cv-13015-AK |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION <u>TO CONSOLIDATE RELATED ACTIONS</u>

Having considered Plaintiff's' Motion for Consolidation, memorandum of law in support, and good cause appearing therefore, the Court ORDERS as follows:

1.    Plaintiff's Motion is **GRANTED**.

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Ileana May v. DentaQuest Group, Inc.,* 1:26-cv-12458-AK; *Penny Straud v. DentaQuest Group, Inc.,* 1:26-cv-12479-AK; *Rosario Marina Cantu v. DentaQuest Group, Inc.,* 1:26-cv-12495-AK; *Caridad Hilaire and Tawana McCants v. DentaQuest Group, Inc.,* 1:26-cv-12513-AK; *Melissa King v. DentaQuest Group, Inc.*, 1:26-cv-12529-AK; *Ashley Banuelos v. DentaQuest Group, Inc.,* 1:26-

4

cv-12575-AK; *William Epiter-Smith v. DentaQuest Group, Inc., et al.,* 1:26-cv-12596-AK; *Jeanetta McElroy v. DentaQuest, LLC,* 1:26-cv-12602-AK; *Tonya Morrisette v. DentaQuest Group, Inc.,* 1:26-cv-12621-AK; *Matthew Hufnus v. DentaQuest Group, Inc.,* 1:26-cv-12851-AK; and *Harvey v. DentaQuest Group, Inc.*, 1:26-cv-13015-AK are consolidated for pre-trial proceedings under the Master File 1:26-cv-12458-AK under the new case style: *In re: DentaQuest Group, Inc. Data Incident Litigation.*

3.      Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar alleged facts as the Consolidated Action shall be automatically stayed pending resolution of the Consolidated Action.

4.      It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court, which relates to the subject matter at issue in this case.

5.      It is further **ORDERED** that the following schedule is set: (1) the deadline for filing applications for appointment as interim class counsel shall be within 7 days of an order granting this Order; (2) the related actions are stayed, including any of the Defendant's responsive pleading deadlines; (3) Plaintiffs shall file a consolidated class action complaint within 45 days of entry of an order appointing Interim Class Counsel; (4) Defendant's response to the Consolidated Complaint shall be due 45 days after the Consolidated Complaint is filed; (5) Plaintiffs' response to any motion to dismiss shall be due 45 days thereafter; and (6) and Defendant's reply shall be due 21 days thereafter.

**IT IS SO ORDERED.**

_____          _____
          Dated                                          Honorable Angel Kelley
                                                         U.S. District Court Judge

5