**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| ILEANA MAY, on behalf of herself and all others similarly situated, <br><br>     Plaintiff, <br><br> v. <br><br> DENTAQUEST GROUP, INC., <br><br>     Defendant. | CASE NO. 1:26-CV-12458-AK |

**DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING CONSOLIDATION OF RELATED ACTIONS OR, IN THE ALTERNATIVE, MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant DentaQuest Group, Inc. ("Defendant"), under Federal Rule of Civil Procedure 6(b), moves this Court for an order staying these proceedings, including Defendant's deadline to respond to Plaintiff's Class Action Complaint (the "Complaint"), until this Court decides Plaintiff's motion to consolidate this case with eleven related actions before this Court (the "Motion"). In the alternative, Defendant respectfully seeks an extension of time to respond to the Complaint in this case. In support, Defendant states as follows:

1. The above-captioned class action arises from a data security incident impacting Defendant wherein a threat actor gained unauthorized access to its network between May 17, 2026, to May 20, 2026 (the "Incident").

2. On June 1, 2026, Plaintiff Ileana May ("Plaintiff") filed the Complaint against Defendant related to the Incident. (ECF No. 1.)

3. Defendant was served with the Complaint on June 4, 2026. (ECF No. 5.)

4.    On June 25, 2026, Defendant filed a motion for extension of time to respond to the Complaint (ECF No. 8), which the Court granted. (ECF No. 9.)

5.    Accordingly, Defendant's deadline to respond to the Complaint is July 27, 2026. (ECF No. 9.)

6.    This case is one of twelve putative class actions currently pending in this Court, each raising substantially similar claims against Defendant related to the Incident:

    a.  *Ileana May v. DentaQuest Group, Inc.,* 1:26-cv-12458-AK;

    b.  *Penny Straud v. DentaQuest Group, Inc.,* 1:26-cv-12479-AK;

    c.  *Rosario Marina Cantu v. DentaQuest Group, Inc.,* 1:26-cv-12495-AK;

    d.  *Caridad Hilaire and Tawana McCants v. DentaQuest Group, Inc.,* 1:26-cv-12513-AK;

    e.  *Melissa King v. DentaQuest Group, Inc.*, 1:26-cv-12529-AK;

    f.  *Ashley Banuelos v. DentaQuest Group, Inc.,* 1:26-cv-12575-AK;

    g.  *William Epiter-Smith v. DentaQuest Group, Inc., et al.,* 1:26-cv-12596-AK;

    h.  *Jeanetta McElroy v. DentaQuest Group, Inc.,* 1:26-cv-12602-AK;

    i.  *Tonya Morrisette v. DentaQuest Group, Inc.,* 1:26-cv-12621-AK;

    j.  *Matthew Hufnus v. DentaQuest Group, Inc.,* 1:26-cv-12851-AK;

    k.  *Morgan Harvey v. DentaQuest Group, Inc.*, 1:26-cv-13015-AK; and

    l.  *Poooja Prakash v. DentaQuest Group, Inc.*, 1:26-cv-13118-NMG (collectively, the "Related Actions").

7.    On July 2, 2026, Plaintiffs in the Related Actions filed an Unopposed Motion to Consolidate the related actions (the "Motion to Consolidate"). (*See* ECF Nos. 10-11.) This motion is currently pending with the Court.

1

8.      This Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *President & Fellows of Harvard Coll. v. United States Dep't of Homeland Sec.*, No. 25-CV-11472-ADB, 2026 WL 880412, at *3 (D. Mass. Mar. 31, 2026) (quoting *Clinton v. Jones*, 520 U.S. 681, 706 (1997)). In considering whether to issue a stay, "there must be good cause for their issuance; they must be reasonable in duration; and the court must ensure that competing equities are weighed and balanced." *Id.* (quoting *Marquis v. F.D.I.C.*, 965 F.2d 1148, 1155 (1st Cir. 1992)).

9.      In addition, the Court may, for good cause, extend the time to file a responsive pleading pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

10.      Defendant respectfully asks the Court to stay its deadline to respond to the Complaint until after it has ruled on the pending Motion to Consolidate. Alternatively, Defendant respectfully asks the Court to extend the time to respond to the Complaint in this case until 30 days after the Court rules on this Motion.

11.      This Motion is not brought for purposes of delay and would not prejudice either party. It would promote judicial economy to grant this Motion because if it is eventually determined that consolidation is appropriate, Plaintiffs will file an amended consolidated complaint, mooting the current deadlines to file responsive pleadings in this case.

12.       Plaintiff does not oppose the relief sought in this Motion. Counsel for Defendant conferred with counsel for Plaintiff as to Plaintiff's position on a stay (or extension) of case deadlines pending a ruling on Plaintiffs' Motion to Consolidate and confirmed that Plaintiff does not oppose the relief sought herein.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court stay these proceedings until after the Court decides Plaintiffs' Motion to Consolidate.

2

Alternatively, in the event the Court does not stay these proceedings, Defendant respectfully requests that the Court extend its response deadline until 30 days after the Court rules on this Motion.

Dated: July 24, 2026

*Respectfully submitted:*

By: /s/ *William F. McGonigle*
William McGonigle (BBO #569490)
**ARROWOOD LLP**
One Bowdoin Square
Suite 300
Boston, MA 02114
Tel: 617.849.6212
Fax: (617) 849-6201
Email: wmcgonigle@arrowoodllp.com

Christopher A. Wiech
(*Pro Hac Vice Forthcoming*)
Chelsea M. Lamb
(*Pro Hac Vice Forthcoming*)
**BAKER & HOSTETLER LLP**
1700 Peachtree St. NE, Suite 2400
Atlanta, GA 30609
Telephone: 404.459.0050
Facsimile: 404.459.5734
Email: cwiech@bakerlaw.com
Email: clamb@bakerlaw.com

*Counsel for Defendant*

3

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel hereby certifies that they have conferred with counsel for Plaintiff in a good faith effort to resolve or narrow the issues raised by this Motion, and Plaintiff does not oppose the relief sought by the Motion.

*/s/ William F. McGonigle*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, a true and correct copy of the foregoing document was served via ECF on all counsel of record.

*/s/ William F. McGonigle*

4