**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re: DentaQuest Group, Inc. Data Incident Litigation**<br><br>This Document Relates To: All Actions | Master File: 1:26-cv-12458-AK |

**MAJORITY PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

Pursuant to the Court's July 31, 2026 Order (ECF No. 20) and Federal Rule of Civil Procedure ("Rule") 23(g), Gary M. Klinger of Milberg PLLC, Norman E. Siegel of Stueve Siegel Hanson LLP, and Gerald D. Wells, III of Lynch Carpenter, LLP respectfully move for appointment as Interim Co-Lead Class Counsel in this consolidated case and for appointment of Jason M. Leviton of Block & Leviton as liaison counsel. The attached Memorandum of Law, citing supporting authorities, is submitted in support. Pursuant to L.R. 7.1(a)(2), Plaintiffs' counsel previously conferred with counsel for Defendant who advised that Defendant takes no position on the appointment of interim lead counsel.

Dated: August 7, 2026

Respectfully submitted,

*/s/ Casondra Turner*
Casondra Turner (MA BBO# 687682)
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Telephone: 771-772-3086
cturner@milberg.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Norman E. Siegel (admitted *pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

Gerald D. Wells, III
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
(267) 609-6910
jerry@lcllp.com

2

*Proposed Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Jason Leviton (MA BBO #678331)
**BLOCK & LEVITON LLP**
260 Franklin Street, Ste 1860
Boston, MA 02110
Telephone: (617) 398-5600
jason@blockleviton.com

*Proposed Liaison Counsel for Plaintiffs and the Proposed Class*

3

## **L.R. 7.1(a)(2) CERTIFICATE**

The undersigned counsel hereby certifies pursuant to L.R. 7.1(a)(2) that Plaintiffs' counsel conferred with counsel for Defendant who advised that Defendant takes no position as to appointment of leadership.

By: /s/ *Casondra Turner*
Casondra Turner

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and its attachment(s) were filed with the Court through the CM/ECF system on August 7, 2026, which served the same on all counsel of record.

By: /s/ *Casondra Turner*
Casondra Turner

4