**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| **In re: DentaQuest Group, Inc. Data Incident Litigation**<br><br>This Document Relates to: All Actions | Master File No. 1:26-cv-12458-AK |

**RESPONSE IN SUPPORT OF MAJORITY PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

Plaintiff Haynes, the plaintiff in the now consolidated action captioned as *Haynes v. DentaQuest Group, Inc.*, Case No. 1:26-cv-13537-AK, submits this response in support of the proposed Majority Plaintiffs' slate and leadership application (ECF No. 33).

The proposed Majority Plaintiffs' slate should be appointed for the reasons set forth in their application, including because of the groups collective extensive experience in and knowledge of the issues involved with data breach litigation, and their substantial efforts undertaken to date to lead this case and advance the interests on behalf of the class (e.g., consulting with and retaining experts). *See Hall v. Healthcare Servs. Grp. Inc.,* No. 2:25-cv-04908-JDW, 2025 WL 3280943, at *1-*2 (E.D. Pa. Nov. 24, 2025) (confirming that "[e]arly expert involvement matters in data breach litigation because technical findings often shape allegations, discovery, and damages," and deciding to "go with the group that appears to be slightly further along in developing its case").

But, assuming all else is equal with respect to the Fed. R. Civ. P. 23(g) considerations, the Majority Plaintiffs' slate stands out from the field as having demonstrated clear leadership in this litigation. Through assurances of inclusivity, they garnered the support of most Plaintiffs and

Plaintiff's counsel that have filed a related action. The group presents the most cohesive group of counsel and accomplished this overwhelming majority agreement through successful private ordering efforts. Their organizational effort is a testament to the team's leadership and weighs in favor of their appointment. *See* MCL, §§ 10.22, 21.272 (endorsing private ordering); *see also Nelson v. Connexin Software Inc.,* No. 2:22-cv-04676-JDW, 2023 WL 2721657, at *2 (E.D. Pa. Mar. 30, 2023) ("My choice here is a difficult one because everyone is qualified to lead this case. Ultimately, the ability to cooperate is the most important distinction among the proposals before me. So I will adopt the proposal that shows the most cooperative spirit."); *Hall*, 2025 WL 3280943, at *1 (selecting that group "that represents the consensus of the majority of plaintiffs and majority of lawyers before me."). The Majority Plaintiffs now have 16 out 17 cases on file supporting their application.[1]

Accordingly, undersigned counsel respectfully submits that the Court should grant the Majority Plaintiffs' team's leadership application (ECF No. 33).

Dated: August 24, 2026

Respectfully submitted,

*/s/ Andrew W. Ferich*

Andrew W. Ferich (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@ahdootwolfson.com

*Counsel for Plaintiff Haynes*

[1] Since the filing of Majority Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel on August 7, 2026 (ECF No. 33), a seventeenth case was filed: *Whitlow v. DentaQuest Group, Inc., et al.*, Case No. 1:26-cv-13868-AK, which also supports Majority Plaintiffs' Motion.

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2026, I caused the foregoing response to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

*/s/ Andrew W. Ferich*
Andrew W. Ferich