**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re: DentaQuest Group, Inc. Data Incident Litigation**<br><br>This Document Relates To: All Actions | Master File: 1:26-cv-12458-AK |

**ORDER APPOINTING INTERIM CO-LEAD CLASS COUNSEL AND LIAISON COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

Before the Court is Majority Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel, filed by Gary M. Klinger of Milberg PLLC, Norman E. Siegel of Stueve Siegel Hanson LLP, Gerald D. Wells, III of Lynch Carpenter, LLP, and Jason M. Leviton of Block & Leviton. Having given due consideration to the relevant and persuasive factors set forth in Federal Rule of Civil Procedure 23(g)(1)(A)(i)-(iv) and finding that the proposed counsel meet the adequacy requirements thereunder, Gary M. Klinger of Milberg PLLC, Norman E. Siegel of Stueve Siegel Hanson LLP, and Gerald D. Wells, III of Lynch Carpenter, LLP are hereby appointed Interim Co-Lead Class Counsel, and Jason M. Leviton of Block & Leviton is hereby appointed Liaison Counsel.

Interim Co-Lead Class Counsel will be responsible for and have plenary authority to prosecute any and all claims of Plaintiffs and the putative class members. Specifically, Interim Co-Lead Class Counsel shall have the following responsibilities, duties, and authority:

a. To determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

b. To coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the Federal Rules of Civil Procedure;

c. To convene meetings amongst counsel;

d. To conduct settlement negotiations on behalf of Plaintiffs and the putative class;

e. To delegate specific tasks to Plaintiffs' counsel in a manner to ensure that pretrial preparation for Plaintiffs and the putative class is conducted efficiently and effectively;

f. To negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

g. To monitor the activities of all counsel to ensure that schedules are being met and unnecessary expenditures of time and funds are avoided;

h. To perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court;

i. To serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

j. To ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);

k. To communicate with Defense counsel as necessary to promote the efficient advancement of this litigation;

l. To make available to other Plaintiffs' counsel documents produced by the Defendants; and

m. To allocate attorneys' fees.

Counsel for all parties are directed to cooperate with one another, wherever possible, to promote the expeditious handling of pre-trial proceedings in the consolidated action.

**IT IS SO ORDERED.**

DATED: October 13, 2026

/s/ Angel Kelley

**Hon. Angel Kelley**
**U.S. District Court Judge**